RECEIVED

NOV 01 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DMAP Pro Se: EEOO Complaint

## United States District Court

Click here to enter text.

Eric  Lashan  mcIntire
_____

RECEIVED

OCT 24 2019

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Hamilton Beach

Case No. 3:19cv261 -NBB-JMV
(To be filled out by Clerk's
Office only)

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

Page **1** of **5**



## I.    PARTIES

### Plaintiff

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     Eric    L.    McIntire
_____
Name (Last, First, MI)

5025    Horn lake   RD
_____
Street Address

Memphis       TN      38109
_____
County, City       State      Zip Code

901-214-7948      Atye 179p @ Hotmail. com
_____
Telephone Number      E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

**Defendant 1:**    Hamilton   Beach
_____
Name (Last, First)

11624   S.   Distribution
_____
Street Address

Olive Branch Miss.      11624 38654
_____
County, City       State      Zip Code

Nature of business: Warehouse   Distribution Ctr.

**Defendant 2:**
_____
Name (Last, First)

_____
Street Address

_____
County, City       State      Zip Code

Nature of business: _____

## II.   CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☐   **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐   **Age Discrimination in Employment Act of 1967**, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

☐   **Rehabilitation Act of 1973**, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐   **Americans with Disabilities Act of 1990**, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of a disability.

☑   Click here to enter text. *I was terminated for retaliation. After being threathen by fellow employee*

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III.   STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply):*

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☐ termination of my employment | | |
| ☐ failure to promote me | | |
| ☐ failure to accommodate my disability | | |
| ☐ terms and conditions of my employment differ from those of similar employees | | |
| ☐ retaliation | | |
| ☐ harassment | | |
| ☑ other *(specify below)*: | June 14, 2019 | Olive Branch Miss. |

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☐ race ☐ religion ☐ national origin ☐ age (year of birth:_____

☐ color ☐ sex ☐ disability

other did not uphold company policy

**Facts**

*State here briefly the specific facts that support your claim:*

Company Policy states 0% tolerance on work place violations. Reported Employee treathen to do me bodily harm, to the Manager he investigated incident nothing was done a month later he repeated the act.

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☑ Yes *(You must attach a copy of the charge to this complaint.)*

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes *(You must attach a copy of the Notice of the Right to Sue.)*

☐ No

## V. RELIEF

The relief I want the court to order is *(check only those that apply)*:

☐ Direct the defendant to hire the plaintiff

☑ Direct the defendant to re-employ the plaintiff

☐ Direct the defendant to promote the plaintiff.

☐ Direct the defendant to reasonably accommodate the plaintiff's religion

☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities

☑ Direct the defendant to *(specify)*:

To monetarly satisfy plaintiff for not upholding company policy; lost wages, pain satsering, defination of character, and discrimination.

## VI.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_10-13-2019_

Dated

_Eric McIntire_

Plaintiff's Signature

_Eric  L.  McIntire_

Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*







U.S. POSTAGE PAID
PM 1-Day
MEMPHIS, TN
3816
OCT 31 19
AMOUNT
$7.35
R2305M144038-16

38655

UNITED STATES POSTAL SERVICE

1006

Eric McIntire
5025 Horn Lake Rd
Memphis, TN 38109

Northern District of Mississippi
United States District Court
911 Jackson Ave. East
Oxford, MS 38655

X-RAYED

PRIORITY MAIL ★

TRACKED ★★★
INSURED ★

UNITED STATES POSTAL SERVICE

For Domestic Use Only

Label 107R, July 2013

EXPECTED DELIVERY DAY: 11/01/19

USPS TRACKING NUMBER

9505 5148 5218 9304 1876 83