IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ERIC McINTIRE     PLAINTIFF

V.     CIVIL ACTION NO. 3:19-cv-261-NBB-JMV

HAMILTON BEACH     DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and this case is **DISMISSED** with prejudice and closed.

This 30th day of September, 2020.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE